IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | |
|---|---|
| DEBRA GARDNER,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | **ORDER ADOPTING REPORT &<br>RECOMMENDATION**<br><br><br>Case No. 2:15-cv-00356<br><br><br>Judge Clark Waddoups |

Plaintiff Debra Gardner has appealed the Social Security Administration's denial of her application for disability insurance benefits under Title II of the Social Security Act, 42 U.S.C. §§ 401-434. This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to the United States Magistrate Judge Evelyn J. Furse under 28 U.S.C. § 636(b)(1)(B).  On August 19, 2016, Judge Furse issued a Report and Recommendation, recommending that the Commissioner's decision denying Ms. Gardner's application for disability insurance benefits be affirmed and that this social security appeal be dismissed. (Dkt. No. 27.)  No objection has been filed to the Report and Recommendation.

The court has reviewed the file *de novo.*  The court approves and adopts the Magistrate Judge's Report and Recommendation in its entirety.  Accordingly, this case is hereby **DISMISSED** with prejudice.

SO ORDERED this 12th day of December, 2016.

BY THE COURT:

Clark Waddoups
United States District Court Judge